NOT FOR PUBLICATION (Doc. No. 23)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
:
MARYANN COTTRELL and :
:
RICHARD HOLLAND, :
: Civil No. 09-1743 (RBK/JS)
Plaintiffs, :
: **ORDER**
v. :
:
HERITAGES DAIRY STORES, INC., :
et al. :
:
Defendants. :
_____:

**THIS MATTER** having come before the Court upon the Motion to Dismiss by Defendants Heritage Dairy Stores, Inc., et al. ("Defendants"); and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss Plaintiffs' retaliation claims under the Americans with Disabilities Act ("ADA") and the New Jersey Law Against Discrimination ("NJLAD") is **GRANTED**.

Dated:  9/30/2010     /s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge